10/10/2007

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Eunice Espina

_Plaintiff_

v.

Luxottica International d/b/a
Sears Optical
And _Defendant(s)_

Lens Crafters Inc.

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

FILED: AUGUST 14, 2008
08CV4626
JUDGE ASPEN
MAGISTRATE JUDGE NOLAN

CASE NUMBER _____

JUDGE _____ TC

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, Eunice Espina , declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions _under penalty of perjury_:

1.  Are you currently incarcerated?          ☐Yes  ☒No  (If "No," go to Question 2)
    I.D. # _____ Name of prison or jail: _____
    Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2.  Are you currently employed?          ☒Yes          ☐No
    Monthly salary or wages: 656
    Name and address of employer: Burlington Coat Factory
    92 2nd Street Riverside St.

    a.  If the answer is "No":
        Date of last employment: _____
        Monthly salary or wages: _____
        Name and address of last employer: _____

    b.  Are you married?          ☐Yes          ☒No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

    a.  Salary or wages                              ☐Yes          ☒No
    Amount _____ Received by _____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes    ☒No
Amount_____ Received by _____

c.    ☒ Rent payments, ☐ interest or ☐ dividends                ☒Yes    ☐No
Amount **150 per Month** Received by *Me/Applicant*
     **(4 months)**

d.    ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
     compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support

     Amount **800**_____ Received by *Mercedes Duarte (mother*    ☒Yes    ☐No

e.    ☐ Gifts or ☐ inheritances                               ☐Yes    ☒No
Amount_____ Received by _____

f.    ☐ Any other sources (state source:_____)        ☐Yes    ☒No
Amount_____ Received by _____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
     savings accounts?                    ☐Yes    ☒No    Total amount: *unknown*
     In whose name held:_____ Relationship to you: *Mother has check. greet*

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
     financial instruments?                                      ☐Yes    ☒No
     Property:_____ Current Value:_____
     In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
     condominiums, cooperatives, two-flats, three-flats, etc.)?      ☒Yes    ☒No
     Address of property: *6530 13. Pershing*
     Type of property: *Residential* Current value: *$200,000*
     In whose name held: *Eunice Esparza* Relationship to you: *Self*
     Amount of monthly mortgage or loan payments: *$1,648*
     Name of person making payments: *Eunice Esparza*

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
     homes or other items of personal property with a current market value of more than $1000?
                                                                ☐Yes    ☒No
     Property:_____
     Current value:_____
     In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and
     indicate how much you contribute monthly to their support. If none, check here ☒No dependents

     _____
     _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8·13·08

_____
Signature of Applicant

_____
(Print Name)

------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** _A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts._ Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007