## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number:

EUNICE ESPARZA,
    Plaintiff                                     08 C 4626
    v.
CONSORTIUM, INC.
    DEFENDANT.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EUNICE ESPARZA,

| | |
|---|---|
| NAME (Type or print) | MICHAEL J. GRECO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Michael J. Greco |
| FIRM | Michael J. Greco, Attorney at Law |
| STREET ADDRESS | 70 W. Hubbard St. Suite 302 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 0620 1254 |
| TELEPHONE NUMBER | 312 222-0599 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐